B2650 (Form 2650) (12/15)

MC 20-00022-UA

**FILED**
2020 MAR -6 AM 11:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# United States Bankruptcy Court
## Southern District of Florida

In re __Adinath Corp. et al.,__
         Debtor

Case No. __15-16885-LMI__

Chapter __11__

__Charles M. Berk__
         Plaintiff

v.

__Poetry Corporation__
         Defendant

Adv. Proc. No. __16-01503-LMI__

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __October 6, 2017__ as it appears in the records of this court, and that:
                                                                   (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[X] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on __N/A__ .
                        (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
          (name of court)                         (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
         (date)

**PAID**
-6 2020
Clerk, US District Court
COURT 461_

__Joseph Falzone__
Clerk of the Bankruptcy Court

__December 27, 2019__
    Date

By: _____
Katrinka Covington, Deputy Clerk

Certified to be a true and correct copy of the original.
Joseph Falzone, Clerk
U.S. Bankruptcy Court
Southern District of Florida
By: /s/
Deputy Clerk
Date: 12/27/19



**ORDERED in the Southern District of Florida on October 5, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| ADINATH CORP. and SIMPLY FASHION STORES, LTD[1], | Case No. 15-16885-BKC-LMI (Substantively Consolidated) |
| Debtors. _____/ | |
| CHARLES M. BERK, Liquidating Trustee, | Adv. Pro. No.: 16-01503-LMI |
| Plaintiff, v. | |
| POETRY CORPORATION, | |
| Defendant. _____/ | |

---

[1] Pursuant to the Order (I) Approving On A Final Basis The Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (II) Confirming the Plan Proponents' First Amended Plan of Liquidation Pursuant to Chapter 11 of The Bankruptcy Code, dated May 3, 2016, As Amended (ECF 967), Adinath Corp., Case No. 15-16885-LMI and SFS, Ltd. (f/k/a Simply Fashion Stores, Ltd.), Case No. 15-16888-LMI, were substantively consolidated solely for the purposes of voting, confirmation and distribution as provided in Article 2 of the Plan.

Adv. Pro. No.: 16-01503-LMI

# DEFAULT FINAL JUDGMENT
## AGAINST DEFENDANT POETRY CORPORATION

The Clerk of Court issued a default against the Defendant, Poetry Corporation, by *Entry of Default* dated December 15, 2016 (D.E. #15). Plaintiff requested entry of judgment by filing a *Motion for Default Final Judgment Against Defendant POETRY CORPORATION* (the "Motion") (D.E. #17). The Court granted the Motion by Order dated February 22, 2017 (D.E. #20). The Court reviewed and considered the Motion, the Clerk's Entry of Default against the Defendant entered on December 15, 2016 (D.E. #15), with an accompanying *Affidavit of Plaintiff Charles M. Berk, Liquidating Trustee, in Support of the Plaintiff's Motion for Final Default Judgment Against Defendant* which stated the amount due Plaintiff. The Court hereby finds as follows:

    A.    Defendant POETRY CORPORATION (the "Defendant"), was duly and properly served with the Summons and Trustee's Complaint for Avoidance and Recovery of Pre-Petition Transfer (the "Complaint") in this adversary proceeding.

    B.    Defendant has failed to file or serve an answer or other response to the Complaint.

    C.    The Clerk of the Court duly and properly entered a default against the Defendant due to Defendant's failure to file an answer or other response to the Complaint.

    D.    The Plaintiff is entitled to avoid the Debtor's transfers to Defendant, and recover from Defendant $42,204.71, plus post-judgment interest.

Therefore, it is

**ORDERED** and **ADJUDGED** that:

    1.    The Motion is GRANTED in its entirety.

2



Adv. Pro. No.: 16-01503-LMI

2. A Final Judgment is entered against Defendant in the amount of **$42,204.71**, together with post-judgment interest accruing at the current legal rate allowed by under 28 U.S.C. § 1961 as of the date of this Final Judgment, which let execution issue forthwith.

3. In accordance with Section 55.10(1) of the Florida Statutes, the address of the Plaintiff is Charles M. Berk, Liquidating Trustee, CBIZ MHM, LLC, 1065 Avenue of the Americas, New York, NY 10018. In accordance with Section 55.01(2) of the Florida Statutes, the address for the Defendant is:

> POETRY CORPORATION
> Shannon Chon, Registered Agent
> 2111 Long Beach Ave.
> Los Angeles, CA 90058

4. Pursuant to Fed.R.Civ.P. 69(a) and Fla.R.Civ.P. 1.560(b), the Defendant shall complete under oath Florida Rule of Civil Procedure Form 1.997 Fact Information Sheet, including all required attachments, serve it on Plaintiff's counsel, Steven J. Solomon, Esq., of GrayRobinson, P.A., 333 S.E. 2nd Avenue, Suite 3200, Miami, FL 33131, within 45 days from the date of the entry of this Final Judgment, unless this Final Judgment is satisfied or post-judgment discovery stayed.

5. Pursuant to 11 U.S.C. § 502(d), any claim that the Defendant may have against the Debtors' bankruptcy estates is hereby stricken and disallowed until such time as the Defendant pays all amounts owed to the Creditor Trust hereunder.

6. The Court reserves jurisdiction to award Plaintiffs its reasonable attorneys' fees and costs incurred in connection with bringing and prosecuting this action against Defendant. The Court further reserves jurisdiction over this cause and the parties hereto to award Plaintiff its reasonable attorneys' fees and costs incurred in enforcing this Final Judgment, to enter any other

Adv. Pro. No.: 16-01503-LMI

and further orders that are proper to compel Defendant to complete the Fact Information Sheet, including all required attachments, and to enter any other and further orders for post-judgment relief as may be appropriate.

### ###

**Submitted by:**

Steven J. Solomon, Esq.

*[Attorney Solomon is directed to mail a conformed copy of this Final Judgment upon the Defendant and to file a Certificate of Service with the Court.]*

\303509\2 - # 2550340 v1         4

