**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Charles M. Berk, Chapter 11 Trustee for Adinath Corp. & Simply Fashion Stores, Ltd | 2:20-cv-02260-VAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Poetry Corporation | Bank Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Open Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
550 S. Western Ave, LA CA 90020

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

G.R. Isidro - Assignee of Record
1443 E. Washington Blvd, #233
Pasadena CA 91104

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 626 765 1145
DATE: 7/14/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 7/17/20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |

| Service Fee 65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

**REMARKS**



FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2020
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>G.R.Isidro- ASsignee of Record<br>1443 E. Washington Blvd., #233<br>Pasadena CA 91104<br>626 765 1145<br><br>Attorney for Judgment Creditor |  |  |
|---|---|---|
| NAME OF COURT:<br>United States District Court<br>Central District of California<br>255 E. Temple St.,Rm180, LA CA 90012 |  |  |
| PLAINTIFF: CharlesM.Berk, Chapter11 eal<br><br>DEFENDANT: Poetry Corporation |  |  |
| **PROOF OF SERVICE ON GARNISHEE** | LEVYING OFFICER FILE NO.: | COURT CASE NO.:<br>2:20-cv-02260-VAP |

I, _____Sarah Larios_____, declare:
I am a Registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I delivered a copy of the following
Notice of Levy with attachment1, Writ of Execution, and Memorandum of Garnishee

**GARNISHEE:** Open Bank

**ADDRESS:** 550 S. Western Ave, LA CA 90020

**DATE/TIME:** 7/17/20 2:15 pm

**MANNER OF SERVICE:**
☑ Personal Service
☐ Substituted Service
☐ Other:

by delivery to Name: Amy Lee       Title: Vice President

Open Bank
550 S Western Ave, LA CA 90020

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 7/17/2020 at _____Los Angeles_____, California.

Fee for service: $150.00
Reg: #1754 San Bernardino
4195 Chino Hills Rkwy, #552
Chino Hills CA 91709

Sarah Larios       RPS: #1754

**PROOF OF SERVICE ON GARNISHEE**

ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>G.R. Isidro- Assignee of Record<br>1443 E. Washington Blvd., #233<br>Pasadena CA 91104<br>626 765 1145 | |
|---|---|
| Attorney for Judgment Creditor   Assignee or In Pro Per | |
| NAME OF COURT:<br>United States District Court<br>Central District of California<br>255 E. Temple St.,Rm180,LA CA 90012 | |
| PLAINTIFF:   CharlesM.Berk,Chapter 11 et al | |
| DEFENDANT: Poetry Corporation | |

| PROOF OF SERVICE ON JUDGMENT DEBTOR | LEVYING OFFICER FILE NO.: | COURT CASE NO.:<br>2:20-cv-02260-VAP |
|---|---|---|

I, _____Sarah Larios_____, declare:

I am a Registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the following

✔ Notice of Levy (to Debtor), Notice of Levy (to Garnishee), Writ of Execution

✔ Current Dollar Amounts Exempt from the Enforcement of Judgments form, and Exemption from the Enforcement of Judgments form

**DEBTOR:** Poetry Corporation

**ADDRESS:** 3435 Wilshire Blvd.,Ste 480
LA CA 90021

**DATE/PLACE:** 7/17/2020  Los Angeles

**MANNER OF SERVICE:**
☐ Personal Service
☐ Substituted Service
☑ Other: First Class Mail

by delivery to

Poetry Corporation c/o Shannon Chon, Agent for Serice

3435 Wilshire Blvd., Ste 480

LA CA 90021

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on _____7/17/2020_____ at _____Los Angeles_____, California.

Fee for Service: $150.00
Reg: #1754 San Bernardino
4195 Chino Hills Pkwy, #552
Chino Hills CA 91709

Sarah Larios        RPS: #1754

**PROOF OF SERVICE ON JUDGMENT DEBTOR**